[No. 75147-6-I. Division One. July 3, 2017.]

OAK HARBOR FREIGHT LINES, INC., *Respondent*, v. XL INSURANCE AMERICA, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-19978-1, Theresa B. Doyle, J., entered April 1, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Trickey, JJ.

[No. 75335-5-I. Division One. July 3, 2017.]

KORTNEY SCHAAF, *Appellant*, v. RETRIEVER MEDICAL/DENTAL PAYMENTS INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-07716-1, Janice E. Ellis, J., entered May 17, 2016. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 75477-7-I. Division One. July 3, 2017.]

OSG SHIP MANAGEMENT, INC., *Respondent*, v. SISTO ANDREW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 16-2-06996-7, Beth M. Andrus, J., entered June 30, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 46987-1-II. Division Two. July 5, 2017.]

*In the Matter of the Personal Restraint of* JAKE JOSEPH MUSGA, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Maxa, A.C.J., concurred in by Melnick and Sutton, JJ.